

FILED

MAR 30 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>            Plaintiff,<br><br>JAMES FITZGERALD,<br><br>            Defendant. | Case No.: CR-06-00074 RMW<br><br>**ORDER AMENDING PRETRIAL RELEASE CONDITIONS** |

Good cause appearing therefore, IT IS HEREBY ORDERED that the Pretrial Release Order of March 29, 2006 is amended to include the requirement that the defendant participate in a residential drug treatment program as directed by Pretrial Services.

This condition was ordered verbally at the March 29, 2006 bail hearing but was inadvertently omitted from the signed order.

Date: 3/30/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

copies mailed on 3/30/06 to:

_____
CORINNE LEW
Courtroom Deputy