KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/13/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00074 RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER EXCLUDING TIME |
| JAMES FITZGERALD, ) | |
|     Defendant. ) | SAN JOSE VENUE |

    On March 13, 2006, the parties in this case appeared before the Court for an initial appearance. Assistant United States Attorney Susan Knight informed the Court that the defendant was arrested in Monterey County on February 16, 2006, and was detained with an unknown release date. Therefore, the parties requested that the matter be continued to April 3, 2006 at 9:00 a.m. Based on the defendant's unavailability, the parties requested an exclusion of time under the Speedy Trial Act from March 13, 2006 until April 3, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's incarceration in Monterey County Jail. *See* 18 U.S.C. § 3161(h)(3)(A).

//

STIPULATION AND ORDER
No. 06-00074 RMW        1

1  SO STIPULATED:                          KEVIN V. RYAN
                                           United States Attorney
2

3  DATED:                                  _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5  DATED:                                  _____/s/_____
                                           LARA S. VINNARD
6                                          Assistant Federal Public Defender

7

8      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

9  under the Speedy Trial Act from March 13, 2006 until April 3, 2006.  The Court finds, based on

10 the defendant's current incarceration in Monterey County, that the ends of justice served by

11 granting the requested continuance outweigh the best interest of the public and the defendant in a

12 speedy trial.  The Court therefore concludes that this exclusion of time should be made based

13 upon the defendant's unavailability pursuant to 18 U.S.C. § 3161(h)(3)(A).

14 SO ORDERED.

15

16 DATED:_4/13/06_____           /s/ Ronald M. Whyte
                                   _____
                                   RONALD M. WHYTE
17                                 United States District Judge

STIPULATION AND ORDER
NO. 06-00074 RMW                    2