KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/13/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00074 RMW |
| ) | |
|    Plaintiff, ) | |
| ) | STIPULATION AND |
|    v. ) | ORDER EXCLUDING TIME |
| ) | |
| JAMES RUSSELL FITZGERALD, JR, ) | |
| ) | |
|    Defendant. ) | SAN JOSE VENUE |
| ) | |
| _____ ) | |

    On April 3, 2006, the parties in this case appeared before the Court for a status appearance. Assistant Federal Public Defender Lara Vinnard informed the Court that the defendant was recently released from Monterey County and she needed time to review the discovery in the case with him.  Therefore, the parties requested that the case be continued to May 15, 2006 at 9:00 a.m.  In addition, the parties requested an exclusion of time under the Speedy Trial Act from April 3, 2006 until May 15, 2006 in order for AFPD Vinnard to review discovery.  The defendant, through AFPD Vinnard, agreed to the exclusion.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1  SO STIPULATED:                         KEVIN V. RYAN
2                                          United States Attorney

3  DATED:                                  _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5  DATED:                                  _____/s/_____
                                           LARA S. VINNARD
6                                          Assistant Federal Public Defender

7

8      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
9  under the Speedy Trial Act from April 4, 2006 until May 15, 2006.  The Court finds, based on
10 the aforementioned reasons, that the ends of justice served by granting the requested continuance
11 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
12 the requested continuance would deny defense counsel reasonable time necessary for effective
13 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
14 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
15 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
16 SO ORDERED.
17
18 DATED:  4/13/06                          /s/ Ronald M. Whyte_____
                                           RONALD M. WHYTE
19                                         United States District Judge