| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | LARA S. VINNARD |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant FITZGERALD |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 5/19/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0074 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING DATE AND EXCLUDE** |
| v. | ) | **TIME;  ORDER** |
| | ) | |
| JAMES FITZGERALD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing date in this matter should be moved from May 15 to June 12, 2006, at 9:00 a.m., or as soon thereafter as the hearing may be set.  The defense requests the continuance because defense is continuing to review discovery and conduct investigation, and has requested additional information from government counsel that should be provided shortly.

The parties further agree that time should be excluded under the Speedy Trial Act in light of the need for defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 5/11/06                                     _____/s/_____
                                                            LARA S. VINNARD
                                                            Assistant Federal Public Defender

Dated: 5/11/06                                     _____/s/_____
                                                            SUSAN KNIGHT
                                                            Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0074 RMW |
|---|---|---|
| Plaintiff, | ) ) | **ORDER CONTINUING** |
| v. | ) ) | **HEARING AND EXCLUDING TIME** |
| JAMES FITZGERALD, | ) ) | |
| Defendant. | ) ) ) | |

15
16
17
18
19

The parties have stipulated to continue the hearing date in this matter on grounds that the defense requires additional time for preparation and investigation, and is awaiting additional information from the government. The parties request that the hearing be continued from May 15 to June 12, 2006, at 9:00 a.m.

20

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date in this matter is continued to June 12, 2006, at 9:00 a.m.

21
22
23
24

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 15, 2006 to June 12, 2006, be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

25

IT IS SO ORDERED.

Dated:  5/19/06

26

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER CONTINUING HEARING
No. CR 06-0074 RMW                                           2