**FILED**

JUL 1 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0074 RMW / PVT |
| Plaintiff, | [PROPOSED] ORDER MODIFYING DEFENDANT'S TRAVEL RESTRICTION |
| v. | |
| JAMES FITZGERALD, | |
| Defendant. | |

Defendant James Fitzgerald is presently residing at Pathways as a condition of his pretrial release. At the time of his release to Pathways, the Court ordered that Mr. Fitzgerald's travel was restricted to Santa Clara County.

The Court is informed that the defendant is eligible for 24-hour passes to leave Pathways on weekends, and is further informed that Mr. Fitzgerald would like to visit his mother and grandfather in Monterey County. The parties have stipulated that Mr. Fitzgerald's travel restriction may be modified to allow him to visit Monterey County on his 24-hour passes, with prior approval by Pathways. Pretrial Services has no objection to the modification.

GOOD CAUSE APPEARING, the Court HEREBY ORDERS that the defendant's travel restriction is modified allow him to visit Monterey County when permitted to do so by Pathways.

IT IS SO ORDERED.

Dated: 7/13/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

[PROPOSED] ORDER MODIFYING TRAVEL
RESTRICTION
No. CR 06-0074 RMW / PVT                          3