1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant FITZGERALD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0074 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| v. | ) | |
| JAMES FITZGERALD, | ) | Hon. Patricia V. Trumbull |
| Defendant. | ) | |

Defendant James Fitzgerald will complete his 6-month term at Pathways on approximately September 30, 2006. Defendant and the government, through their respective counsel, hereby stipulate that the defendant's conditions of pretrial release should be modified as set forth below. Pretrial Services Officer Victoria Gibson has been contacted and has no objection to the proposed modifications:

1. Defendant to reside with his grandfather at 1149 Amador Ave., Seaside, CA 93955.
2. Defendant shall not change residence without prior approval of Pretrial Services.
3. Defendant shall not travel outside the Northern District of California.
4. Defendant shall maintain employment, or if unemployed, shall seek employment.
5. Defendant shall not use alcohol and shall not use or possess any controlled substance

1  without a legal prescription.

2  6. Defendant shall participate in drug, alcohol, and mental health counseling, and shall
3  submit to drug and alcohol testing, as directed by Pretrial Services.

Dated: 9/28/06

/s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 9/28/06

/s/
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the defendant's conditions of pretrial release are modified as set forth above. All other previously imposed conditions of release remain in effect.

Dated: 9/29/06

PATRICIA V. TRUMBULL
United States Magistrate Judge