PROPOSED ORDER/COVER SHEET

TO:   Honorable Patricia Trumbull            RE:   James R. Fitzgerald
      U.S. Magistrate Judge

                                                    00074 RMW
FROM: Claudette M. Silvera, Chief            DOCKET NO.:   CR 06-~~70034 PVT~~
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                    408-535-5230
U.S. Pretrial Services Officer                  TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ *pvt*  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on 10/10/06 at 1:30pm.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____  Presiding District Court Judge_____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)
   A.
   B.

☐  Bail Revoked/Bench Warrant Issued.

☑ *pvt*  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐  Other Instructions:

_____
_____
_____

*Patricia V. Trumbull*                           10/5/06
JUDICIAL OFFICER                                 DATE

Cover Sheet (12/03/02)