1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES FITZGERALD,<br><br>　　　　Defendant. | No. CR 06-0074 RMW<br><br>[PROPOSED] ORDER MODIFYING BOND TO IMPOSE HOUSE ARREST AND/OR ELECTRONIC MONITORING<br><br>Hon. Patricia V. Trumbull |

　　　Defendant James Fitzgerald tested positive for the use of methamphetamine during a random drug test at the Pretrial Services Office on October 4, 2006. He appeared before the Court to address the violation on October 6, 2006.

　　　The Court HEREBY MODIFIES the defendant's release conditions to include the following:

　　　1)　The defendant shall remain under house arrest at his grandfather's residence at 1148 Amador Ave., Seaside, CA 93955. The defendant may only leave the residence for the following purposes:

　　　　　A.　work-related purposes, including job interviews;

　　　　　B.　drug testing, as directed by Pretrial Services; and

[PROPOSED] ORDER MODIFYING BOND TO
INCLUDE HOUSE ARREST OR E.M.
No. CR 06-0074 RMW                                       1

1         C.     drug counseling, as directed by Pretrial Services.

2   2)   Before leaving the residence, the defendant must call Pretrial Services to advise

3 that he is leaving, and after returning to the residence, the defendant must call

4 Pretrial Services to advise that he has returned.

5   3)   As soon as is practicable, the defendant is to be placed on electronic monitoring.

6 Thereafter, the defendant's schedule and reporting requirements may be

7 determined by Pretrial Services. While on electronic monitoring, the defendant

8 may only leave the residence for authorized purposes, to include the purposes

9 outlined above as well as court appearances and meetings with his attorney.

10   IT IS SO ORDERED.

11 Dated: 10/16/06

                                                             PATRICIA V. TRUMBULL
12                                                              United States Magistrate Judge

[PROPOSED] ORDER MODIFYING BOND TO
INCLUDE HOUSE ARREST OR E.M.
No. CR 06-0074 RMW                                         2