1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FITZGERALD

6
                                           ***E-FILED 11/8/06***
7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA,        )   No. CR 06-0074 RMW
                                      )
13 |         Plaintiff,                )   **STIPULATION TO CONTINUE
                                      )   HEARING AND EXCLUDE TIME;**
   | v.                                )   **[~~PROPOSED~~] ORDER**
14 |                                    )
   | JAMES FITZGERALD,                  )
15 |                                    )
   |         Defendant.                 )
16 | _____   )

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, October 23, 2006, should be continued to December 11, 2006.  The defense requests

20 the continuance because the defense and the government require additional time to complete

21 investigation.  In addition, the parties require additional time for settlement negotiations.

22      The parties further agree that time should be excluded under the Speedy Trial Act from

23 October 23, 2006, to December 11, 2006, because the defense requires time for investigation and

24 preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy

25 trial.

26

STIPULATION TO CONTINUE
HEARING DATE; [~~PROPOSED~~] ORDER
No. CR 06-0074 RMW                        1

Dated: 10/20/06            _____/s/_____
                                    LARA S. VINNARD
                                    Assistant Federal Public Defender

Dated: 10/20/06            _____/s/_____
                                    SUSAN KNIGHT
                                    Assistant United States Attorney

### **ORDER**

The parties have jointly requested a continuance of the hearing set for October 23, 2006, on grounds that investigation by the defense and the government is ongoing.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 23, 2006, be continued to December 11, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 23, 2006, to December 11, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

                                       /s/ Ronald M. Whyte
Dated:   11/8/06                _____
                                       RONALD M. WHYTE
                                       United States District Judge