1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FITZGERALD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0074 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
| | ) | **[PROPOSED] ORDER** |
| JAMES FITZGERALD, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, December 11, 2006, should be continued to January 29, 2007.  At this time, the government has proposed informal settlement terms, and the defense has made a counter-offer that the government is considering.  The continuance is requested because the defense and the government require additional time to complete investigation with respect to settlement, and to engage in further settlement negotiations.

The parties further agree that time should be excluded under the Speedy Trial Act from December 11, 2006, to January 29, 2007, because the defense and the government require time for investigation and preparation, and the ends of justice outweigh the defendant's and the

STIPULATION TO CONTINUE
HEARING DATE [PROPOSED] ORDER
No. CR 06-0074 RMW                                  1

1  public's need for a speedy trial.

2  Dated: 12/6/06                                   /s/
3                                                   LARA S. VINNARD
                                                    Assistant Federal Public Defender
4
   Dated: 12/8/06                                   /s/
5                                                   SUSAN KNIGHT
                                                    Assistant United States Attorney
6

7                                      **ORDER**

8       The parties have jointly requested a continuance of the hearing set for December 11,

9  2006, on grounds that investigation by the defense and the government is ongoing.

10      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

11 presently set for December 11, 2006, be continued to January 29, 2007, at 9:00 a.m.

12      Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

13 from December 11, 2006, to January 29, 2007, shall be excluded from the period of time within

14 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

15

16 Dated:   12/18/06                                /s/ Ronald M. Whyte
                                                   RONALD M. WHYTE
17                                                 United States District Judge

18

19

20

21

22

23

24

25

26