1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FITZGERALD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 2/7/07*

| UNITED STATES OF AMERICA, | ) | No. CR 06-0074 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| v. | ) | |
| JAMES FITZGERALD, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, January 29, 2007, should be continued to Monday, February 26, 2007.  At this time, the parties are engaged in settlement negotiations, and the government has provided additional discovery that defense counsel requires time to review with the defendant.

The parties further agree that time should be excluded under the Speedy Trial Act from January 29, 2007, to February 26, 2007, because the defense and the government require time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 1/25/07

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 1/25/07

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for January 29, 2007, on grounds that investigation by the defense and the government is ongoing.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 29, 2007, is continued to February 26, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 29, 2007, to February 26, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  2/7/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge