SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

E-FILED ***6/22/07***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00074 RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE |
| JAMES RUSSELL FITZGERALD, JR, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that Court continue the status hearing set for June 25, 2007 to July 30, 2007. The defendant is currently incarcerated in North Kern State Prison, and will be unavailable for the June 25th appearance. The government recently filed a writ for the defendant to be brought into federal custody on July 26, 2007.

SO STIPULATED:          SCOTT N. SCHOOLS
                        United States Attorney

DATED:                  _____/s/_____
                        SUSAN KNIGHT
                        Assistant United States Attorney

DATED:                  _____/s/_____
                        LARA S. VINNARD
                        Assistant Federal Public Defender

STIPULATION AND [~~PROPOSED~~] ORDER
No. 06-00074 RMW                              1

1  Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing be
2  continued from June 25, 2007 to July 30, 2007 at 9:00 a.m.
3  SO ORDERED.

5  DATED:___6/22/07_____            /s/ Ronald M. Whyte
                                    _____
6                                   RONALD M. WHYTE
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 06-00074 RMW                         2