1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant FITZGERALD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 8/24/07*

| UNITED STATES OF AMERICA, | ) | No. CR 06-0074 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | ) | **[] ORDER** |
| JAMES FITZGERALD, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, August 27, 2007, should be continued to Monday, September 10, 2007.  At this time, the parties are discussing possible modifications to a proposed plea agreement.  The defense requires time to review the plea agreement with Mr. Fitzgerald, and the government requires time to determine whether any modifications to the plea are warranted.

The parties further agree that time should be excluded under the Speedy Trial Act from August 27, 2007, to September 10, 2007, because the defense and the government require time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 06-0074 RMW                      1

| | |
|---|---|
| Dated: 8/21/07 | _____/s/_____<br>LARA S. VINNARD<br>Assistant Federal Public Defender |
| Dated: 8/23/07 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |

## ORDER

The parties have jointly requested a continuance of the hearing set for August 21, 2007, on grounds that time is needed by both parties to effectively prepare and to accomplish settlement in this matter.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for August 21, 2007, is continued to September 10, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 21, 2007, to September 10, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  8/24/07

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge