BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FITZGERALD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/30/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0074 RMW |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [] ORDER** |
| v. | ) ) | |
| JAMES FITZGERALD, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, December 10, 2007, should be continued to Monday, March 10, 2008. The Probation Office requests the continuance to allow additional time for completion of the presentence investigation and report.

Dated: 10/23/07                                    _____/s/_____
                                                            LARA S. VINNARD
                                                            Assistant Federal Public Defender

Dated: 10/23/07                                    _____/s/_____
                                                            SUSAN KNIGHT
                                                            Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the sentencing hearing on December 10, 2007, on grounds that the Probation Office requires additional time to complete its presentence investigation and report.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 10, 2007, be continued to March 10, 2008, at 9:00 a.m.

Dated: 10/30/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge